Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: CENTURY DOOR AND LOCK COMPANY, LTD. § | Case No. 12-32657 |
| § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 17, 2012.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      58,891.30

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 29,346.93 |
| Bank service fees | 961.90 |
| Other payments to creditors | 44.07 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 28,538.40 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/18/2013 and the deadline for filing governmental claims was 02/13/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,194.57. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,194.57, for a total compensation of $6,194.57.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/13/2014          By: /s/Ira Bodenstein
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-32657  
**Case Name:** CENTURY DOOR AND LOCK COMPANY, LTD.  
**Period Ending:** 06/13/14

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 08/17/12 (f)  
**§341(a) Meeting Date:** 10/16/12  
**Claims Bar Date:** 01/18/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account with Harris Bank | 4,948.50 | 4,948.50 | | 4,948.50 | FA |
| 2 | Accounts receivable (approx. $25,596 is collecti | 103,332.00 | 103,332.00 | | 32,819.01 | FA |
| 3 | 2011 Illinois income tax refund | 13,127.00 | 13,127.00 | | 0.00 | FA |
| 4 | 2010 Federal & Illinois income tax refund | 11,340.00 | 11,340.00 | | 0.00 | FA |
| 5 | 2000 Chevy 3500 Cargo Truck | Unknown | 0.00 | | 1,350.00 | FA |
| 6 | Fork truck | 12,500.00 | 12,500.00 | | 0.00 | FA |
| 7 | Equipment | 6,000.00 | 6,000.00 | | 11,217.75 | FA |
| 8 | Inventory | 29,500.00 | 29,500.00 | | 3,380.04 | FA |
| 9 | 2002 Chevy Suburban | 0.00 | 0.00 | | 2,500.00 | FA |
| 10 | 2001 GMC Mmodel C-6500 Dock Truck | 0.00 | 0.00 | | 2,300.00 | FA |
| 11 | Refund of account  (u) | 0.00 | 0.00 | | 72.59 | FA |
| 12 | Final refund from Nicor Gas  (u) | 0.00 | 0.00 | | 303.41 | FA |
| 12 | **Assets** Totals (Excluding unknown values) | **$180,747.50** | **$180,747.50** | | **$58,891.30** | **$0.00** |

**Major Activities Affecting Case Closing:**

Primary assets sold. Starting collection of account receivables.  
Account receivables collected  
Final return filed.  
Prompt determination letters received.  
Claims reviewed and amended claim filed for landlord.  
Prepare and file TFR

**Initial Projected Date Of Final Report (TFR):** December 31, 2013     **Current Projected Date Of Final Report (TFR):** September 30, 2014

Printed: 06/13/2014 12:39 PM    V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-32657  
**Case Name:** CENTURY DOOR AND LOCK COMPANY, LTD.  
**Taxpayer ID #:** **-***6477  
**Period Ending:** 06/13/14  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******28-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/26/12 | | Century Door & Lock | Funds in Harris Bank as of petition date ($4948.50) plus accounts receivable deposited post -petition ($30,692.66) | | 35,641.16 | | 35,641.16 |
| | {1} | | Closed Harris Bank Account    4,948.50 | 1129-000 | | | 35,641.16 |
| | {2} | | Account Receivable    30,692.66 deposited post-petition | 1129-000 | | | 35,641.16 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 35,616.16 |
| 11/01/12 | {2} | Related Door Products | payment of pre-petition account receivable | 1129-000 | 1,345.50 | | 36,961.66 |
| 11/07/12 | 101 | Nicor Gas | Gas service 8/17/12-10/2/12 | 2420-000 | | 26.52 | 36,935.14 |
| 11/07/12 | 102 | Trustee Insurance Agency | Casualty Insurance Premium 11/712-01/07/12 | 2420-000 | | 623.40 | 36,311.74 |
| 11/26/12 | 103 | ComEd | Post-petition utility charge 9/28/12-10/29/12 Acct # 3666652001 | 2420-000 | | 192.90 | 36,118.84 |
| 11/28/12 | 104 | Lois Shaw, Trustee of George B. Shaw Trust | Post-petition rent per order 11/20/12 docket #17 | 2410-000 | | 15,000.00 | 21,118.84 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 74.91 | 21,043.93 |
| 12/03/12 | 105 | Nicor Gas | Gas charges for 1301 Landmeier 10/2-11/26/12 | 2420-000 | | 44.07 | 20,999.86 |
| 12/06/12 | {2} | T.D. Kurtz Glass Company | | 1129-000 | 780.85 | | 21,780.71 |
| 12/11/12 | 106 | Com Ed | Electric Bill 1301 Landmeier 10/29-11/29/12 | 2420-000 | | 213.66 | 21,567.05 |
| 12/11/12 | 107 | Al Kaplan Heating & Air Conditioning Co | Turn on gas/check furnaces 1301 Landmeier | 2420-000 | | 265.00 | 21,302.05 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033012988 20121220 | 9999-000 | | 21,302.05 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 37,767.51 | 37,767.51 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 21,302.05 | |
| | | | **Subtotal** | | 37,767.51 | 16,465.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$37,767.51** | **$16,465.46** | |

{} Asset reference(s)    Printed: 06/13/2014 12:39 PM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-32657  
**Case Name:** CENTURY DOOR AND LOCK COMPANY, LTD.  
**Taxpayer ID #:** **-***6477  
**Period Ending:** 06/13/14  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5566 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 21,302.05 | | 21,302.05 |
| 12/27/12 | {9} | Frank Loos | Funds for purchase of 2002 Chevy Suburban | 1129-000 | 2,500.00 | | 23,802.05 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.89 | 23,771.16 |
| 01/10/13 | | Hoff Online Auctions | Net proceeds of auction sale per ct order entered 11/21/2012 (dkt 17) | | 18,247.79 | | 42,018.95 |
| | {5} | | | 1,350.00 | 1129-000 | | 42,018.95 |
| | {10} | | | 2,300.00 | 1129-000 | | 42,018.95 |
| | {7} | | | 11,217.75 | 1129-000 | | 42,018.95 |
| | {8} | | | 3,380.04 | 1129-000 | | 42,018.95 |
| 01/10/13 | 10108 | NICOR | Service from 11/26/2012-1/3/2013 | 2420-000 | | 492.23 | 41,526.72 |
| 01/25/13 | 10109 | Village of Elk Grove | Post - petition utility expense for water, final bill through 1/02/2013 | 2420-000 | | 8.50 | 41,518.22 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.72 | 41,463.50 |
| 02/12/13 | 10110 | International Sureties,Ltd | Percentage payment 2013 blanket bond | 2300-000 | | 71.00 | 41,392.50 |
| 02/15/13 | {12} | Nicor Gas | Final refund from deposit | 1290-000 | 303.41 | | 41,695.91 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.76 | 41,640.15 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.89 | 41,582.26 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.79 | 41,518.47 |
| 05/10/13 | {2} | Window Treatments, Inc | Collection per demand letter | 1129-000 | 556.80 | | 42,075.27 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.18 | 42,013.09 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.40 | 41,956.69 |
| 07/02/13 | {11} | Airespring, Inc | Refund of long distance account | 1290-000 | 72.59 | | 42,029.28 |
| 07/16/13 | 10111 {2} | Window Treatments, Inc | Refund of funds sent in error | 1129-000 | -556.80 | | 41,472.48 |
| 07/23/13 | 10112 | Shaw Fishman Glantz & Towbin LLC | Interim fees awarded 7/19/2013 | 3110-000 | | 12,225.50 | 29,246.98 |
| 07/23/13 | 10113 | Shaw Fishman Glantz & Towbin LLC | Interim expenses awarded 7/19/2013 | 3120-000 | | 188.22 | 29,058.76 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.12 | 28,996.64 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.70 | 28,954.94 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.25 | 28,914.69 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.75 | 28,868.94 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.75 | 28,830.19 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.61 | 28,784.58 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.78 | 28,741.80 |
| 02/04/14 | 10114 | International Sureties,Ltd | Percentage payment 2014 blanket bond | 2300-000 | | 40.00 | 28,701.80 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.54 | 28,663.26 |

Subtotals :    $42,425.84    $13,762.58

{} Asset reference(s)    Printed: 06/13/2014 12:39 PM    V.13.15

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-32657  
**Case Name:** CENTURY DOOR AND LOCK COMPANY, LTD.  
**Taxpayer ID #:** **-***6477  
**Period Ending:** 06/13/14

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.85 | 28,623.41 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.91 | 28,579.50 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.10 | 28,538.40 |
| | | | ACCOUNT TOTALS | | 42,425.84 | 13,887.44 | $28,538.40 |
| | | | Less: Bank Transfers | | 21,302.05 | 0.00 | |
| | | | **Subtotal** | | 21,123.79 | 13,887.44 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,123.79** | **$13,887.44** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******28-66** | 37,767.51 | 16,465.46 | 0.00 |
| **Checking # ******5566** | 21,123.79 | 13,887.44 | 28,538.40 |
| | **$58,891.30** | **$30,352.90** | **$28,538.40** |

{} Asset reference(s)

Printed: 06/13/2014 12:39 PM V.13.15

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 18, 2013

**Case Number:** 12-32657　　　　　　　　　　　　Page: 1　　　　　　　　　　　**Date:** June 13, 2014
**Debtor Name:** CENTURY DOOR AND LOCK COMPANY, LTD.　　　　　　　　　　　**Time:** 12:39:29 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $6,194.57 | $0.00 | 6,194.57 |
| 200 | Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $15,935.50 | $12,225.50 | 3,710.00 |
| 200 | Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $312.43 | $188.22 | 124.21 |
| 200 | Popowcer Katten, LTD<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2124 | Admin Ch. 7 | | $2,595.00 | $0.00 | 2,595.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 18, 2013

**Case Number:** 12-32657
**Debtor Name:** CENTURY DOOR AND LOCK COMPANY, LTD.

Page: 2

**Date:** June 13, 2014
**Time:** 12:39:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | 4 | | | |
| 3P 570 | Department of Treasury-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $7,611.09 | $0.00 | 7,611.09 |
| 1 610 | Village of Elk Grove<br>901 Wellington<br>Elk Grove Village, IL 60007 | Unsecured | | $40.70 | $0.00 | 40.70 |
| 2 610 | Western Building Products<br>Teller, Levit & Silvertrust, P.C.<br>19 South LaSalle Street, Suite 701<br>Chicago, IL 60603 | Unsecured | X2227<br>--------------------------------------------------------------------------------<br>Schedule F Account: MULTIPLE INVOICES | $10,233.15 | $0.00 | 10,233.15 |
| 3U 610 | Department of Treasury-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $502.61 | $0.00 | 502.61 |
| 4 610 | Rayner & Rinn-Scott, Inc.<br>PO Box 362<br>Summit Argo, IL 60501 | Unsecured | MULTIPLE ACCOUNTS | $5,168.49 | $0.00 | 5,168.49 |
| 5 610 | Masonite Corporation<br>Mike Huppert<br>105 Industrial Park Drive<br>Walkerton, IN 46574 | Unsecured | MULTIPLE INVOICES | $2,956.00 | $0.00 | 2,956.00 |
| 6 610 | Strek-O-Doctors<br>518 Birch Street<br>PO Box 9<br>Abbotsford, WI 54405 | Unsecured | MULTIPLE INVOICES | $14,838.42 | $0.00 | 14,838.42 |
| 7 610 | Vogt Top Co., Inc.<br>122 W. Home Avenue<br>Villa Park, IL 60181 | Unsecured | 7126 | $265.00 | $0.00 | 265.00 |
| 8 610 | Bermar Stripping<br>7573 W. 175th Street<br>Tinley Park, IL 60477 | Unsecured | MULTIPLE INVOICES | $3,995.00 | $0.00 | 3,995.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 18, 2013

**Case Number:** 12-32657　　　　　　　　　　　　　　Page: 3　　　　　　　　　　**Date:** June 13, 2014
**Debtor Name:** CENTURY DOOR AND LOCK COMPANY, LTD.　　　　　　　　　**Time:** 12:39:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9<br>610 | Frank J. Baker & Co., Ltd<br>950 Lee Street<br>Des Plaines, IL 60016 | Unsecured |  | $10,700.00 | $0.00 | 10,700.00 |
| 10<br>610 | Lois F. Shaw, Trustee<br>George B. Shaw Trust<br>216 W Higgins Road<br>Park Ridge, IL | Unsecured | Amended proof of claim filed 03/24/2014 | $280,800.00 | $0.00 | 280,800.00 |
| 11<br>610 | Illinois Bell Telephone Company c/o AT&T Services, Inc.<br>Attn: Karen Cavagnaro,<br>One AT&T Way, Room 3A231<br>Bedminster, NJ 07921 | Unsecured |  | $596.61 | $0.00 | 596.61 |
| NOTFILED<br>610 | Nicor<br>PO Box 0632<br>Aurora, IL 60507 | Unsecured |  | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Office Depot<br>PO Box 689020<br>Des Moines, IA 50368-9020 | Unsecured |  | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | North Town Mechanical Contract<br>10450 W. 163rd Place<br>Orland Park, IL 60467 | Unsecured | XX3010 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Caine & Weiner<br>1699 E. Woodfield Road<br>Schaumburg, IL 60173 | Unsecured |  | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Indiana Insurance Company<br>PO Box 145476<br>Cincinnati, OH 45250 | Unsecured |  | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Miller Ace Industrial Center<br>621 East Devon Avenue<br>Elk Grove Village, IL 60007 | Unsecured | XX2268 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Harris Bank<br>3225 Kirchoff Road<br>Rolling Meadows, IL 60008 | Unsecured |  | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Intertek Testing Services N.A., Inc<br>PO Box 405176<br>Atlanta, GA 30384 | Unsecured | MULTIPLE INVOICES | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Old Castle Building Envelope Old Castle Glass- Bensenville<br>13686 Collections Center Dr<br>Chicago, IL 60693 | Unsecured | MULTIPLE INVOICES | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Karona, Inc.<br>8246 Reliable Parkway<br>Chicago, IL 60686 | Unsecured | MULTIPLE INVOICES | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 18, 2013

**Case Number:** 12-32657  
**Debtor Name:** CENTURY DOOR AND LOCK COMPANY, LTD.

Page: 4

**Date:** June 13, 2014  
**Time:** 12:39:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | American Credit System, Inc.<br>400 W. Lake St., Ste. 111<br>P.O. Box 72849<br>Roselle, IL 60172-0849 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Oldcastle Glass Chicago<br>13693 Collections Center Drive<br>Chicago, IL 60693 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | U.S. Lift & Warehouse Equip.<br>PO Box 91976<br>Elk Grove Village, IL 60007 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Teller, Levitt & Silvertrust, PC<br>19 S LaSalle, Suite 701<br>Chicago, IL 60603 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Veolia ES Solid Waste Midwest, Inc<br>PO Box 6484<br>Carol Stream, IL 60197 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | U.S. Lift<br>PO Box 91976<br>Elk Grove Village, IL 60007 | Unsecured | XX0049 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Schuham Builder's Supply, Co.<br>4640 N. Elston Avenue<br>Chicago, IL 60630 | Unsecured | X0695 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Torstensen Glass Company<br>3233 N. Sheffield Avenue<br>Chicago, IL 60657 | Unsecured | MULTIPLE INVOICE | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Reliable Office Supplies<br>PO Box 105529<br>Atlanta, GA 30348 | Unsecured | MULTIPLE INVOICES | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Harris Bank Bankruptcy Department<br>PO Box 5037<br>Rolling Meadows, IL 60008-5037 | Unsecured | XXXX0306 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Orking Pest Control<br>PO Box 1056<br>Woodstock, IL 60098 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Biehl & Biehl<br>325 E. Fullerton Avenue<br>Carol Stream, IL 60188 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Harris Bank Bankruptcy Department<br>PO Box 5037<br>Rolling Meadows, IL 60008-5037 | Unsecured | 6611 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 18, 2013

**Case Number:** 12-32657  
**Debtor Name:** CENTURY DOOR AND LOCK COMPANY, LTD.

Page: 5

**Date:** June 13, 2014  
**Time:** 12:39:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Accurate Radiation Sheilding, Inc.<br>206 Cleveland Street<br>Cary Point Industrial Park<br>Cary, IL 60013 | Unsecured | X5933 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Aire Spring, Inc.<br>PO Box 7420<br>Van Nuys, CA 91409 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cumberland Service Center<br>2375 Oakton Street<br>Arlington Heights, IL 60006 | Unsecured | X7404 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Commonwealth Edison Company Bill Payment Center<br><br>Chicago, IL 60668 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | General Refrigeration<br>18 Congress Circle West<br>Roselle, IL 60172 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Exxon Mobil<br>PO Box 688938<br>Des Moines, IA 60007 | Unsecured | XXXXXXXXXXXX0600 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bob O'Connell<br>445 Cottage Hill<br>Elmhurst, IL 60126 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Biehl & Biehl<br>PO Box 87410<br>Carol Stream, IL 60188 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Blue Book of Building & Constructio<br>PO Box 500<br>Jefferson Valley, NY 10535 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Arnold & Branch<br>361 Palm Court<br>Wood Dale, IL 60191 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | B. E. Atlas Company<br>4300 N. Kilpatrick Avenue<br>Chicago, IL 60641 | Unsecured | XX9104 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Amerigas<br>Dept 0140<br>Palatine, IL 60055 | Unsecured | XXXXXXXXXXX XXXXXXX188A | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bernie's Saw & Supply, Inc.<br>1233 Circle Avenue<br>Forest Park, IL 60130 | Unsecured | MULTIPLE INVOICES | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 18, 2013

**Case Number:** 12-32657  
**Debtor Name:** CENTURY DOOR AND LOCK COMPANY, LTD.

Page: 6

**Date:** June 13, 2014  
**Time:** 12:39:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12P 620 | Illinois Dept. of Employment Security 33 S State St. 10th Flr Bankruptcy Unit Chicago, Illinois 60603 | Unsecured | | $509.74 | $0.00 | 509.74 |
| 12U 620 | Illinois Dept. of Employment Security 33 S State St. 10th Flr Bankruptcy Unit Chicago, Illinois 60603 | Unsecured | | $67.02 | $0.00 | 67.02 |
| **<< Totals >>** | | | | 363,321.33 | 12,413.72 | 350,907.61 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-32657
Case Name: CENTURY DOOR AND LOCK COMPANY, LTD.
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 28,538.40

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 28,538.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 6,194.57 | 0.00 | 6,194.57 |
| Attorney for Trustee, Fees - Shaw Fishman Glantz & Towbin LLC | 15,935.50 | 12,225.50 | 3,710.00 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 312.43 | 188.22 | 124.21 |
| Accountant for Trustee, Fees - Popowcer Katten, LTD | 2,595.00 | 0.00 | 2,595.00 |

Total to be paid for chapter 7 administration expenses: $ 12,623.78
Remaining balance: $ 15,914.62

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 15,914.62

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,611.09 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3P | Department of Treasury-Internal Revenue Service | 7,611.09 | 0.00 | 7,611.09 |

|  |  |  |
|---|---|---:|
| Total to be paid for priority claims: | $ | 7,611.09 |
| Remaining balance: | $ | 8,303.53 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 330,095.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Village of Elk Grove | 40.70 | 0.00 | 1.03 |
| 2 | Western Building Products | 10,233.15 | 0.00 | 257.41 |
| 3U | Department of Treasury-Internal Revenue Service | 502.61 | 0.00 | 12.64 |
| 4 | Rayner & Rinn-Scott, Inc. | 5,168.49 | 0.00 | 130.01 |
| 5 | Masonite Corporation | 2,956.00 | 0.00 | 74.36 |
| 6 | Strek-O-Doctors | 14,838.42 | 0.00 | 373.26 |
| 7 | Vogt Top Co., Inc. | 265.00 | 0.00 | 6.67 |
| 8 | Bermar Stripping | 3,995.00 | 0.00 | 100.49 |
| 9 | Frank J. Baker & Co., Ltd | 10,700.00 | 0.00 | 269.16 |
| 10 | Lois F. Shaw, Trustee | 280,800.00 | 0.00 | 7,063.49 |
| 11 | Illinois Bell Telephone Company c/o AT&T Services, Inc. | 596.61 | 0.00 | 15.01 |

|  |  |  |
|---|---|---:|
| Total to be paid for timely general unsecured claims: | $ | 8,303.53 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 576.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 12P | Illinois Dept. of Employment Security | 509.74 | 0.00 | 0.00 |
| 12U | Illinois Dept. of Employment Security | 67.02 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**