UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| CENTURY DOOR AND LOCK COMPANY, LTD., | ) Case No. 12-32657 |
| | ) |
| | ) Honorable Jack B. Schmetterer |
| Debtor. | ) |
| | ) Hearing Date: September 30, 2014 |
| | ) Hearing Time: 10:30 a.m. |

**COVERSHEET FOR FINAL APPLICATION OF SHAW
FISHMAN GLANTZ & TOWBIN, LLC, AS COUNSEL FOR THE TRUSTEE,
FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND
<u>REIMBURSEMENT OF EXPENSES AND FOR RELATED RELIEF</u>**

| | |
|---|---|
| Name of Applicant: | Shaw Fishman Glantz & Towbin, LLC |
| Authorized to Provide Professional Services to: | Trustee |
| Date of Order Authorizing Employment: | November 8, 2012 (eff. November 1, 2012) |
| Period for Which Compensation is Sought: | April 1, 2013 – June 30, 2014 |
| Amount of Fees Sought: | $3,710.00 |
| Amount of Expenses Sought: | $124.21 |

This is a(n):  ☐ Interim Application   ☒ Final Application

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 06/20/2013 | 11/1/2012-3/31/2013 | $12,413.72 | $12,413.72 | -0- |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:

Applicant:  Shaw Fishman Glantz & Towbin LLC

Date: August 22, 2014   By: __/s/ Ira Bodenstein__

{10449-001 APPL A0344421.DOC 4}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | |
| CENTURY DOOR AND LOCK ) | Case No. 12-32657 |
| COMPANY, LTD., ) | |
| ) | Honorable Jack B. Schmetterer |
| Debtor. ) | |
| ) | Hearing Date: September 30, 2014 |
| ) | Hearing Time: 10:30 a.m. |

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

　　　PLEASE TAKE NOTICE that, on September 30, 2014, at 10:30 a.m., we shall appear before the Honorable Jack B. Schmetterer, Courtroom 682, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or anyone sitting in his stead, to present the FINAL APPLICATIONS OF SHAW FISHMAN GLANTZ & TOWBIN LLC, AS COUNSEL FOR THE TRUSTEE and POPOWCER KATTEN as ACCOUNTANTS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND FOR RELATED RELIEF (the "Applications"), at which time and place you may appear if you so desire.

The Fee Applications seek allowance and payment of $3,710.00 in legal fees and $124.21 in expenses, to be paid to counsel for the Trustee, Shaw Fishman Glantz & Towbin LLC and $2,595.00 in fees for Popowcer Katten. Copies of the Applications can be obtained via the PACER website maintained by the U.S. Bankruptcy Court for the Northern District of Illinois, or by contacting the undersigned counsel.

Date: August 22, 2014　　　　　　　　　　　　　　　　Shaw Fishman Glantz & Towbin LLC

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Ira Bodenstein

Ira Bodenstein (#3126857)
David R. Doyle (#6303215)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
(312) 980-3888  facsimile

{10449-001 APPL A0344421.DOC 4}

## CERTIFICATE OF SERVICE

  Ira Bodenstein, an attorney, hereby certifies that he caused a true copy of the foregoing notice to be served via the method indicated below on this 22nd day of August, 2014.

              /s/ Ira Bodenstein

## SERVICE LIST

*Mailing Information for Case 12-32657*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Ira Bodenstein iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com

- David R Doyle ddoyle@shawfishman.com

- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

- Xiaoming Wu notice@ledfordwu.com, courtnotice@ledfordwu.com;lwnotice@gmail.com

*Via U.S. Mail*

| | | |
|---|---|---|
| Century Door and Lock Company, Ltd.<br>1301 Landmeier Road<br>Elk Grove Village, IL 60007-2411 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S. Dearborn, 7th Floor<br>Chicago, IL 60604-1702 | A Lift Above<br>699 Walnut, Unit B<br>Elmhurst, IL 60126-1540 |
| Accurate Radiation Sheilding, Inc.<br>206 Cleveland Street<br>Cary Point Industrial Park<br>Cary, IL 60013-2971 | Aire Spring, Inc.<br>P.O. Box 7420<br>Van Nuys, CA 91409-7420 | American Credit System, Inc.<br>400 W. Lake St., Ste. 111<br>P.O. Box 72849<br>Roselle, IL 60172-0849 |
| Amerigas<br>Dept. 0140<br>Palatine, IL 60055-0001 | Arnold & Branch<br>361 Palm Court<br>Wood Dale, IL 60191 | B. E. Atlas Company<br>4300 N. Kilpatrick Avenue<br>Chicago, IL 60641-1592 |

| | | |
|---|---|---|
| Bermar Stripping<br>7573 W. 175th Street<br>Tinley Park, IL 60477-3703 | Bernie's Saw & Supply, Inc.<br>1233 Circle Avenue<br>Forest Park, IL 60130-2416 | Biehl & Biehl<br>325 E. Fullerton Avenue<br>Carol Stream, IL 60188-1865 |
| Biehl & Biehl<br>P.O. Box 87410<br>Carol Stream, IL 60188-7410 | Blue Book of Building & Construction<br>P.O. Box 500<br>Jefferson Valley, NY 10535-0500 | Bob O'Connell<br>445 Cottage Hill<br>Elmhurst, IL 60126-3922 |
| Caine & Weiner<br>1699 E. Woodfield Road<br>Schaumburg, IL 60173-4935 | Commonwealth Edison Company<br>Bill Payment Center<br>Chicago, IL 60668-0001 | Cumberland Service Center<br>2375 Oakton Street<br>Arlington Heights, IL 60005-4817 |
| Department of Treasury-Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Exxon Mobil<br>PO Box 688938<br>Des Moines, IA 50368-8938 | Frank J. Baker & Co., Ltd<br>950 Lee Street<br>Des Plaines, IL 60016-6556 |
| General Refrigeration<br>18 Congress Circle West<br>Roselle, IL 60172-3911 | Harris Bank<br>3225 Kirchoff Road<br>Rolling Meadows, IL 60008-1821 | Harris Bank<br>Bankruptcy Department<br>PO Box 5037<br>Rolling Meadows, IL 60008-5037 |
| Indiana Insurance Company<br>PO Box 145476<br>Cincinnati, OH 45250-5476 | Intertek Testing Services N.A., Inc.<br>PO Box 405176<br>Atlanta, GA 30384-5176 | Karona, Inc.<br>8246 Reliable Parkway<br>Chicago, IL 60686-0082 |
| Lois F. Shaw, Trustee<br>George B. Shaw Trust<br>216 W. Higgins Road<br>Park Ridge, IL 60068-5706 | Miller Ace Industrial Center<br>621 East Devon Avenue<br>Elk Grove Village, IL 60007-6701 | Mohawk/Masonite<br>P.O. Box 934935<br>Atlanta, GA 31193-4935 |
| Nicor<br>PO Box 0632<br>Aurora, IL 60507-0632 | North Town Mechanical Contract<br>10450 W. 163rd Place<br>Orland Park, IL 60467-5445 | Office Depot<br>PO Box 689020<br>Des Moines, IA 50368-9020 |
| Old Castle Building Envelope<br>Old Castle Glass – Bensenville<br>13686 Collections Center Dr<br>Chicago, IL 60693-0136 | Oldcastle Glass Chicago<br>13693 Collections Center Drive<br>Chicago, IL 60693-0136 | Orking Pest Control<br>PO Box 1056<br>Woodstock, IL 60098-1056 |

Pitney Bowes
PO Box 856390
Louisville, KY 40285-6390

Rayner & Rinn-Scott, Inc.
PO Box 362
Summit Argo, IL 60501-0362

Reliable Office Supplies
PO Box 105529
Atlanta, GA 30348-5529

Schuham Builder's Supply, Co.
4640 N. Elston Avenue
Chicago, IL 60630-4229

Strek-O-Doctors
518 Birch Street
PO Box 9
Abbotsford, WI 54405-0009

Teller, Levitt & Silvertrust, PC
19 S LaSalle, Suite 701
Chicago, IL 60603-6369

Torstensen Glass Company
3233 N. Sheffield Avenue
Chicago, IL 60657-2271

U.S. Lift
PO Box 91976
Elk Grove Village, IL 60009-1976

U.S. Lift & Warehouse Equip.
PO Box 91976
Elk Grove Village, IL 60009-1976

Veolia ES Solid Waste Midwest, Inc.
PO Box 6484
Carol Stream, IL 60197-6484

Village of Elk Grove
901 Wellington
Elk Grove Village, IL 60007-3400

Vogt Top Co., Inc.
122 W. Home Avenue
Villa Park, IL 60181-2567

Western Building Products
Teller, Levit & Silvertrust, P.C.
19 South LaSalle Street, Suite 701
Chicago, IL 60603-6369

Illinois Bell Telephone Company
% AT&T Services, Inc.
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A231
Bedminster, NJ 07921-2693

Illinois Dept. of Employment Security
33 S. State Street, 10th Floor
Bankruptcy Unit
Chicago, Illinois 60603-2808
Attn: Amelia Yabes

Xiaoming Wu
Ledford & Wu
200 S Michigan Ave Ste 209
Chicago, IL 60604-2406

Masonite Corporation
Mike Huppert
105 Industrial Park Drive
Walkerton, IN 46574-1068

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| CENTURY DOOR AND LOCK COMPANY, LTD., | ) Case No. 12-32657 |
| | ) |
| | ) Honorable Jack B. Schmetterer |
| Debtor. | ) |
| | ) Hearing Date: September 30, 2014 |
| | ) Hearing Time: 10:30 a.m. |

## FINAL APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC, AS COUNSEL FOR THE TRUSTEE, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND FOR RELATED RELIEF

Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman"), counsel to Ira Bodenstein in his capacity as chapter 7 trustee (the "Trustee") of the bankruptcy estate of Century Door and Lock Company, Ltd. (the "Debtor"), applies to this Court (the "Application") pursuant to 11 U.S.C. §§ 330 and 331, Federal Rules of Bankruptcy Procedure 2002(a)(6), 2002(i), 2016(a) and 9007, and Local Rule 5082-1 for the U.S. Bankruptcy Court for the Northern District of Illinois, for allowance and payment of $3,710.00 in compensation for 14.0 hours of professional services rendered on behalf of the Trustee during the period of April 1, 2013, through June 30, 2014 (the "Application Period"), and reimbursement of $124.21 in expenses incurred incidental thereto. In support of the Application, Shaw Fishman respectfully states as follows:

### Introduction

1.  The Court has core jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b)(2)(B) and (M) and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

{10449-001 APPL A0344421.DOC 4}

2. On August 17, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), thereby commencing the above-captioned bankruptcy case.

## Background

3. On November 2, 2012, the Trustee filed his *Application for Authority to Employ Counsel* [Dkt. No. 10] (the "Employment Application"), which sought approval of Shaw Fishman as the Trustee's bankruptcy counsel. The Employment Application proposed that Shaw Fishman render the following legal services:

   a. Prepare motions, notices and orders pertaining to the administration of the bankruptcy estate's assets, including matters pertaining to claims resolution, the employment of professionals, and the investigation and prosecution of any causes of action available to the bankruptcy estate, if necessary;

   b. Liquidate the bankruptcy estate's remaining assets; and

   c. Provide all such other legal services as may be required and in the interest of the estate.

4. On November 8, 2012, the Court granted the Employment Application and entered its *Order Granting Trustee's Application to Employ Counsel* [Dkt. No. 13], authorizing the Trustee to employ Shaw Fishman effective November 1, 2012 (the "Retention Order").

5. The Retention Order states that all compensation and expense reimbursement to Shaw Fishman shall be "subject to further Court order upon separate application made therefore." Retention Order ¶ 3.

## Services Rendered by Shaw Fishman

6. Throughout the Application Period, Shaw Fishman rendered in excess of 14.0 hours of legal services to the Debtor having a value of $3,710.00 for an average hourly rate of approximately $265.00. Shaw Fishman provided professional services to the Trustee which were consistent in scope to those approved by the Retention Order. All of the services for which

compensation is requested were services which, in the exercise of Shaw Fishman's reasonable billing judgment, were necessarily rendered after due consideration of the expected costs and anticipated benefits of such services.

7. In an effort to provide the Court and parties in interest with understandable information concerning the amount and nature of Shaw Fishman's services during the Application Period, and in compliance with Local Bankruptcy Rule 5082-1, Shaw Fishman has classified its services into three separate categories, as follows:

| Description | Total Hours | Total Fees Incurred |
|---|---|---|
| Case Administration | 6.9 | $1,828.50 |
| Sale of Assets | 7.1 | $1,881.50 |
| **Total** | **14.0** | **$3,710.00** |

8. Detailed invoices ("Invoices") for each time category are attached as <u>Exhibit A</u> to this Application. The following is a separate description of each of the Shaw Fishman categories which generally describe the tasks performed. The Invoices provide detailed descriptions of all services rendered in each of the above categories and the timekeeper, date and amount of time spent in each category. Summary charts for each category setting forth each professional who rendered services, the total time and value of services, and the total dollar value are provided herein.

A. **Case Administration**

9. Shaw Fishman spent 6.9 hours of professional services having a value of $1,828.50 in connection with services pertaining to general case administration. Services rendered by Shaw Fishman in this category generally included, among other things: (a) drafting account receivable demand letters and following up on collection and (b) conferring with Stan

Howard and the Debtor's former accountant to gather information necessary to prepare the Debtor's tax returns.

10. The chart below is a summary of the total amount of time entered by each timekeeper during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| David R. Doyle | 6.9 | $1,828.50 |
| **TOTAL** | **6.9** | **$1,828.50** |

### B. Fee Application

11. Shaw Fishman spent 7.1 hours of professional services having a value of $1,828.50 in connection with services pertaining to preparing fee applications. Services rendered by Shaw Fishman in this category generally included, among other things: (a) drafting and revising the Shaw Fishman Interim and Final Fee Applications, (b) drafting and revising the Popowcer Katten Final Fee Application, and (c) appearing at hearings of all fee applications.[1]

12. The chart below is a summary of the total amount of time entered by each timekeeper during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| David R. Doyle | 7.1 | $1881.50 |
| **TOTAL** | **7.1** | **$1881.50** |

---

[1] Shaw Fishman incurred a total of $_____ representing an additional _____ hours for services rendered in preparing the Shaw Fishman and Popowcer Katten final fee applications and appearing at the hearing for the applications, which in the exercise of reasonable billing judgment is not being sought.

{10449-001 APPL A0344421.DOC 4}                                4

## Summary of Services Rendered by Professional

13.     In summary, the total compensation sought for each professional with respect to the aforementioned categories is as follows:

| Professional | Position | Hours | Hourly Rate | Fees |
|---|---|---|---|---|
| David R. Doyle | Associate | 14.0 | $265.00 | $3,710.00 |
| **Total** | | 14.0 | | $3,710.00 |

14.     The hourly rates charged by Shaw Fishman compare favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the Shaw Fishman professionals providing services to the Trustee in connection with the case. Further, the amount of time spent by Shaw Fishman with respect to the case is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, the amounts at stake, and the ultimate benefit to the estate.

15.     Whenever possible, Shaw Fishman has conscientiously attempted to avoid having multiple attorneys appear or confer on behalf of the Debtor. In certain circumstances, however, it was necessary for more than one Shaw Fishman attorney to appear in Court at the same time. To the greatest extent possible, meetings, court appearances, negotiations and other matters were handled on an individual basis.

16.     Given the complexity of the issues involved, it was necessary for more than one Shaw Fishman attorney to be involved in certain meetings and court appearances.

17.     The results of Shaw Fishman's efforts have inured to the benefit of the estate and to the interests of its prepetition creditors. Given the criteria set forth in § 330, namely (a) the nature, extent and value of the services; (b) the time spent; (c) the rates charged for such services; (d) the performance of the services within a reasonable amount of time commensurate

with the complexity, importance and nature of the problem, issue or task addressed; and (e) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Shaw Fishman respectfully submits that the requested interim compensation represents a fair and reasonable amount that should be allowed in full.

## Expenses

18.  The aggregate amount of expenses for which reimbursement is being sought is $124.21. All of the expenses for which reimbursement is requested are expenses which Shaw Fishman customarily recoups from its clients. An itemization of the expenses is included in the Invoices attached as Exhibit A. The types of costs for which reimbursement is sought are listed below:

| Internal Photocopy | $.10 per page |
| Postage | Actual cost |
| Pacer Research | Actual cost |

19.  The specific expenses for which reimbursement is requested during the Application Period are as follows:

| Internal Photocopy | $10.60 |
| Postage | $87.91 |
| Pacer Research | $25.70 |
| **Total** | $124.21 |

20.  All expenses incurred by Shaw Fishman incidental to its services were customary and necessary. All expenses billed to the Trustee were billed in the same manner as Shaw Fishman bills non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other judicial districts.

### Payments Received by Shaw Fishman to Date

21. To date, Shaw Fishman has received $12,225.50 in compensation and $188.22 in expense reimbursement for services performed from November 1, 2012 to March 31, 2013 and $188.22 in expense reimbursement.

### Compliance with 11 U.S.C. § 504

22. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Shaw Fishman and any other firm, person or entity for the sharing or division of any compensation paid or payable to Shaw Fishman.

### Notice

23. As indicated in the attached Certificate of Service, Shaw Fishman provided approximately __ days' detailed notice of this Application to the U.S. Trustee, all creditors and all parties requesting notice in this bankruptcy case via U.S. Mail, postage prepaid, and __ days' detailed notice via CM/ECF. Shaw Fishman requests that this Court find the notice provided for herein sufficient and waive and dispense with any further notice requirements, pursuant to Rules 2002(a), 2002(i), and 9007 of the Federal Rules of Bankruptcy Procedure.

### Conclusion

24. For these reasons, Shaw Fishman respectfully requests entry of an order, substantially in the form attached hereto, that:

   a. Allows Shaw Fishman $3710.00 in final compensation for the Application Period;

   b. Allows Shaw Fishman $124.21 in expense reimbursement for the Application Period;

   c. Authorizing the Trustee to pay Shaw Fishman the entire amount of such allowed fees and expenses;

   d. Allows as final all previously allowed fees and expenses previously awarded by this Court;

  e. Waives other and further notice of the hearing with respect to this Application; and

  f. Provides such other just and appropriate relief.

Dated: August 22, 2014       Respectfully submitted,

               Shaw Fishman Glantz & Towbin LLC

               By:  */s/ Ira Bodenstein*

Ira Bodenstein (#3126857)
David R. Doyle (#6303215)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 541-0151
Fax: (312) 980-3888
ibodenstein@shawfishman.com
ddoyle@shawfishman.com