UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )   No. 12-32657
                                          )   Chapter 7
CENTURY DOOR AND LOCK    ,                )   Hon. Jack B. Schmetterer
COMPANY, LTD.                             )
                                          )
                  Debtors.                )

COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
(Appendix to Rule 607)

Name of Applicant:    Popowcer Katten, Ltd.

Authorized to Provide
Professional Services to:    Ira Bodenstein, Trustee

Date of Order Authorizing Employment:  November 8, 2012

Period for Which
Compensation is Sought:  May 4, 2013 – November 7, 2013

Amount of Fees Sought: $    2,595.00

Amount of Expense
Reimbursement Sought: $    0.00

This is an: Interim Application__ Final Application XX

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Amount Disallowed |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is:

$    0.00

Dated: June 13, 2014                      Popowcer Katten, Ltd.

                                          By: /s/ Ira Bodenstein

(Local Bankruptcy Rules as adopted 24 June 1994; Page 106)

{10449-001 CVR A0377182.DOC}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| CENTURY DOOR AND LOCK | ) Case No. 12-32657 |
| COMPANY, LTD., | ) |
| | ) Honorable Jack B. Schmetterer |
| Debtor. | ) |
| | ) Hearing Date: September 30, 2014 |
| | ) Hearing Time: 10:30 a.m. |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that, on September 30, 2014, at 10:30 a.m., we shall appear before the Honorable Jack B. Schmetterer, Courtroom 682, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or anyone sitting in his stead, to present the FINAL APPLICATIONS OF SHAW FISHMAN GLANTZ & TOWBIN LLC, AS COUNSEL FOR THE TRUSTEE and POPOWCER KATTEN as ACCOUNTANTS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND FOR RELATED RELIEF (the "Applications"), at which time and place you may appear if you so desire.

The Fee Applications seek allowance and payment of $3,710.00 in legal fees and $124.21 in expenses, to be paid to counsel for the Trustee, Shaw Fishman Glantz & Towbin LLC and $2,595.00 in fees for Popowcer Katten. Copies of the Applications can be obtained via the PACER website maintained by the U.S. Bankruptcy Court for the Northern District of Illinois, or by contacting the undersigned counsel.

Date: August 22, 2014                                    Shaw Fishman Glantz & Towbin
LLC


By: /s/ Ira Bodenstein

Ira Bodenstein (#3126857)
David R. Doyle (#6303215)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
(312) 980-3888  facsimile

{10449-001 APPL A0344421.DOC 4}

## CERTIFICATE OF SERVICE

Ira Bodenstein, an attorney, hereby certifies that he caused a true copy of the foregoing notice to be served via the method indicated below on this 22nd day of August, 2014.

/s/ Ira Bodenstein

## SERVICE LIST

### Mailing Information for Case 12-32657

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Ira Bodenstein iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com

- David R Doyle ddoyle@shawfishman.com

- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

- Xiaoming Wu notice@ledfordwu.com, courtnotice@ledfordwu.com;lwnotice@gmail.com

*Via U.S. Mail*

Century Door and Lock Company, Ltd.
1301 Landmeier Road
Elk Grove Village, IL 60007-2411

U.S. Bankruptcy Court
Eastern Division
219 S. Dearborn, 7th Floor
Chicago, IL 60604-1702

A Lift Above
699 Walnut, Unit B
Elmhurst, IL 60126-1540

Accurate Radiation Sheilding, Inc.
206 Cleveland Street
Cary Point Industrial Park
Cary, IL 60013-2971

Aire Spring, Inc.
P.O. Box 7420
Van Nuys, CA 91409-7420

American Credit System, Inc.
400 W. Lake St., Ste. 111
P.O. Box 72849
Roselle, IL 60172-0849

Amerigas
Dept. 0140
Palatine, IL 60055-0001

Arnold & Branch
361 Palm Court
Wood Dale, IL 60191

B. E. Atlas Company
4300 N. Kilpatrick Avenue
Chicago, IL 60641-1592

{10449-001 APPL A0344421.DOC 4}    3

Bermar Stripping
7573 W. 175th Street
Tinley Park, IL 60477-3703

Bernie's Saw & Supply, Inc.
1233 Circle Avenue
Forest Park, IL 60130-2416

Biehl & Biehl
325 E. Fullerton Avenue
Carol Stream, IL 60188-1865

Biehl & Biehl
P.O. Box 87410
Carol Stream, IL 60188-7410

Blue Book of Building & Construction
P.O. Box 500
Jefferson Valley, NY 10535-0500

Bob O'Connell
445 Cottage Hill
Elmhurst, IL 60126-3922

Caine & Weiner
1699 E. Woodfield Road
Schaumburg, IL 60173-4935

Commonwealth Edison Company
Bill Payment Center
Chicago, IL 60668-0001

Cumberland Service Center
2375 Oakton Street
Arlington Heights, IL 60005-4817

Department of Treasury-Internal
Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Exxon Mobil
PO Box 688938
Des Moines, IA 50368-8938

Frank J. Baker & Co., Ltd
950 Lee Street
Des Plaines, IL 60016-6556

General Refrigeration
18 Congress Circle West
Roselle, IL 60172-3911

Harris Bank
3225 Kirchoff Road
Rolling Meadows, IL 60008-1821

Harris Bank
Bankruptcy Department
PO Box 5037
Rolling Meadows, IL 60008-5037

Indiana Insurance Company
PO Box 145476
Cincinnati, OH 45250-5476

Intertek Testing Services N.A., Inc.
PO Box 405176
Atlanta, GA 30384-5176

Karona, Inc.
8246 Reliable Parkway
Chicago, IL 60686-0082

Lois F. Shaw, Trustee
George B. Shaw Trust
216 W. Higgins Road
Park Ridge, IL 60068-5706

Miller Ace Industrial Center
621 East Devon Avenue
Elk Grove Village, IL 60007-6701

Mohawk/Masonite
P.O. Box 934935
Atlanta, GA 31193-4935

Nicor
PO Box 0632
Aurora, IL 60507-0632

North Town Mechanical Contract
10450 W. 163rd Place
Orland Park, IL 60467-5445

Office Depot
PO Box 689020
Des Moines, IA 50368-9020

Old Castle Building Envelope
Old Castle Glass – Bensenville
13686 Collections Center Dr
Chicago, IL 60693-0136

Oldcastle Glass Chicago
13693 Collections Center Drive
Chicago, IL 60693-0136

Orking Pest Control
PO Box 1056
Woodstock, IL 60098-1056

Pitney Bowes
PO Box 856390
Louisville, KY 40285-6390

Rayner & Rinn-Scott, Inc.
PO Box 362
Summit Argo, IL 60501-0362

Reliable Office Supplies
PO Box 105529
Atlanta, GA 30348-5529

Schuham Builder's Supply, Co.
4640 N. Elston Avenue
Chicago, IL 60630-4229

Strek-O-Doctors
518 Birch Street
PO Box 9
Abbotsford, WI 54405-0009

Teller, Levitt & Silvertrust, PC
19 S LaSalle, Suite 701
Chicago, IL 60603-6369

Torstensen Glass Company
3233 N. Sheffield Avenue
Chicago, IL 60657-2271

U.S. Lift
PO Box 91976
Elk Grove Village, IL 60009-1976

U.S. Lift & Warehouse Equip.
PO Box 91976
Elk Grove Village, IL 60009-1976

Veolia ES Solid Waste Midwest, Inc.
PO Box 6484
Carol Stream, IL 60197-6484

Village of Elk Grove
901 Wellington
Elk Grove Village, IL 60007-3400

Vogt Top Co., Inc.
122 W. Home Avenue
Villa Park, IL 60181-2567

Western Building Products
Teller, Levit & Silvertrust, P.C.
19 South LaSalle Street, Suite 701
Chicago, IL 60603-6369

Illinois Bell Telephone Company
℅ AT&T Services, Inc.
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A231
Bedminster, NJ 07921-2693

Illinois Dept. of Employment Security
33 S. State Street, 10th Floor
Bankruptcy Unit
Chicago, Illinois 60603-2808
Attn: Amelia Yabes

Xiaoming Wu
Ledford & Wu
200 S Michigan Ave Ste 209
Chicago, IL 60604-2406

Masonite Corporation
Mike Huppert
105 Industrial Park Drive
Walkerton, IN 46574-1068

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CENTURY DOOR AND LOCK COMPANY, LTD. | ) ) | Case No. 12-32657 |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) ) | |

## FINAL APPLICATION OF POPOWCER KATTEN, LTD. FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL COMPENSATION

Popowcer Katten, Ltd. ("PK"), the accountants for Ira Bodenstein, the Chapter 7 trustee (the "Trustee") for the estate of Century Door and Lock Company, Ltd. (the "Debtor"), submits this Final Application (the "Application") seeking allowance and payment of compensation and reimbursement expenses pursuant to 11 U.S.C. §§ 326, 330 and 503(b). In support of this Application, PK states as follows:

### BACKGROUND

1. On August 17, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the Bankruptcy Code in this court. On the Petition Date, the Trustee was appointed as the Chapter 7 trustee for the Debtor's estate (the "Estate").

2. The Trustee administered assets of the Estate and he was required to file federal and state income tax returns for the Estate.

3. On November 8, 2012, the Trustee was authorized to retain PK to perform accounting services for the benefit of the Estate.

4. This court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

{10118-001 APPL A0369526.DOC 2}

5. During the period of May 4, 2013 through November 7, 2013 (the "Application Period"), PK performed the following tasks in connection with the Trustee's administration of this case:

    (a)    Prepared federal and state income tax returns for the Estate for the fiscal year ending June 30, 2013 and the final year ended October 31, 2013; and

    (b)    Prepared draft final determination letters for the IRS and the IDOR pursuant to 11 U.S.C. § 505(b) for the Estate returns.

### REQUESTED FEES

6. PK has provided valuable legal services to the Trustee and the Estate during the Application Period. Pursuant to sections 330 of the Bankruptcy Code, PK requests the allowance and payment of fees in the amount of $2,595.00 for these services, no amount of which has been previously paid.

7. The following professional(s) rendered services during the Application Period at usual and customary rates for matters of this nature:

| Professional | Hours Charged | Hourly Rate | Total Amount |
|---|---|---|---|
| L. West | 8.8 | $240 | $2,112.00 |
| B. Glusak | 2.1 | $230 | 483.00 |
|  |  |  |  |
| **TOTALS** | **10.9** |  | **$2,595.00** |

Attached to this Application as <u>Exhibit A</u> is a detailed statement of the services rendered by PK on behalf the Trustee during the Application Period. The statement contains a description of the particular services rendered and the amounts of time spent thereon at the current billing rates of PK's professional(s) set forth above.

{10118-001 APPL A0369526.DOC 2}    2

8. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled professionals inside and outside of the bankruptcy context, PK respectfully submits that its fees represent a fair and reasonable amount for the allowance of final compensation in this case.

## NO CONFLICTS OR SHARING AGREEMENT

9. No agreement or understanding between PK and any third party exists for the purpose of sharing the compensation received for services rendered to the Trustee in connection with the Cases.

10. PK has not represented or held an interest adverse to the Trustee and is a "disinterested person" as defined in section 101(4) of the Bankruptcy Code.

## NOTICE

11. A copy of this Application has been served on the Office of the United States Trustee for the Northern District of Illinois. A notice of the hearing on the Application was served on all creditors and parties in interest by the Clerk of the U.S. Bankruptcy Court.

WHEREFORE, PK requests the entry of an order that:

(a) allows and grants the Trustee authority to pay PK $2,595.00 as compensation for services rendered during the Application Period;

(b) waives other and further notice of this hearing with respect to this Application; and

{10118-001 APPL A0369526.DOC 2}    3

(c) grants PK such additional relief as may be appropriate under the circumstances.

                                              Respectfully submitted,

                                              POPOWCER KATTEN, LTD.

Dated: August 22, 2014                       By: /s/ Ira Bodenstein
                                                       Ira Bodenstein, Trustee

Ira Bodenstein (#3126857)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
Phone: (312) 541-0151