| | |
|---|---|
| Ira Bodenstein<br>Shaw Fishman<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654<br>(312) 666-2861<br>Chapter 7 Trustee | The Honorable:    JACK B. SCHMETTERER<br>Chapter 7<br><br>Hearing Date:    09/30/2014<br>Hearing Time:    10:30 a.m. |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| In re: | CENTURY DOOR AND LOCK<br>COMPANY, LTD. | §<br>§<br>§ | Case No. 12-32657 |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/30/2014 in Courtroom 682, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 08/22/2014             By:    Ira Bodenstein
                                           Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

UST Form 101-7-NFR (10/1/2010)

Ira Bodenstein  
Shaw Fishman  
321 N. Clark St., Ste. 800  
Chicago, IL 60654  
(312) 666-2861  
Chapter 7 Trustee

The Honorable: JACK B. SCHMETTERER  
Chapter 7  
Location: _____  
Hearing Date: _____ / /  
Hearing Time: _____  
Response Date: _____ / /

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: CENTURY DOOR AND LOCK COMPANY, LTD.    §    Case No. 12-32657  
    §  
    §  
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*    $    58,891.30  
*and approved disbursements of*    $    30,352.90  
*leaving a balance on hand of* [1]    $    28,538.40

**Balance on hand:**    $    28,538.40

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00  
Remaining balance:    $    28,538.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 6,194.57 | 0.00 | 6,194.57 |
| Attorney for Trustee, Fees - Shaw Fishman Glantz & Towbin LLC | 15,935.50 | 12,225.50 | 3,710.00 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 312.43 | 188.22 | 124.21 |
| Accountant for Trustee, Fees - Popowcer Katten, LTD | 2,595.00 | 0.00 | 2,595.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Total to be paid for chapter 7 administration expenses: | | $ | 12,623.78 |
| Remaining balance: | | $ | 15,914.62 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| Total to be paid for prior chapter administrative expenses: | | $ | 0.00 |
| Remaining balance: | | $ | 15,914.62 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,611.09 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Department of Treasury-Internal Revenue Service | 7,611.09 | 0.00 | 7,611.09 |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | | $ | 7,611.09 |
| Remaining balance: | | $ | 8,303.53 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 330,095.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Village of Elk Grove | 40.70 | 0.00 | 1.03 |
| 2 | Western Building Products | 10,233.15 | 0.00 | 257.41 |
| 3U | Department of Treasury-Internal Revenue Service | 502.61 | 0.00 | 12.64 |
| 4 | Rayner & Rinn-Scott, Inc. | 5,168.49 | 0.00 | 130.01 |
| 5 | Masonite Corporation | 2,956.00 | 0.00 | 74.36 |
| 6 | Strek-O-Doctors | 14,838.42 | 0.00 | 373.26 |
| 7 | Vogt Top Co., Inc. | 265.00 | 0.00 | 6.67 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 8 | Bermar Stripping | | 0.00 | 100.49 |
| 9 | Frank J. Baker & Co., Ltd | 10,700.00 | 0.00 | 269.16 |
| 10 | Lois F. Shaw, Trustee | 280,800.00 | 0.00 | 7,063.49 |
| 11 | Illinois Bell Telephone Company c/o AT&T Services, Inc. | 596.61 | 0.00 | 15.01 |

Total to be paid for timely general unsecured claims: $ 8,303.53
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 576.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 12P | Illinois Dept. of Employment Security | 509.74 | 0.00 | 0.00 |
| 12U | Illinois Dept. of Employment Security | 67.02 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/Ira Bodenstein
_____
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

Printed: 08/21/14 05:34 PM

# Trustee's Compensation

**Debtor:** CENTURY DOOR AND LOCK COMPANY, LTD.    **Case:** 12-32657

### Computation of Compensation

| | | | |
|---|---:|---|---:|
| Total disbursements to other than the debtor are: | | | 58,891.30 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 8,891.30 | = | 444.57 |
| 3% of Balance | 0.00 | = | 0.00 |

|   |   |
|---|---:|
| **Calculated Total Compensation:** | **$6,194.57** |
| Plus Adjustment: | 0.00 |
| **Total Compensation:** | **$6,194.57** |
| Less Previously Paid: | 0.00 |
| **Total Compensation Requested:** | **$6,194.57** |

### Trustee Expenses

| | | |
|---|---|---:|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 0 copies at 0.0 cents per copy | 0.00 |
| Postage | | 0.00 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 0.00 |
| Other Expenses 2 | | 0.00 |

| | |
|---|---:|
| **Subtotal Expenses:** | **$0.00** |
| Plus Adjustment: | 0.00 |
| **Total Expenses:** | **$0.00** |
| Less Previously Paid: | 0.00 |
| **Total Expenses Requested:** | **$0.00** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $6,194.57 as compensation and $0.00 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: 08/21/14                    Signed: /s/ Ira Bodenstein

Ira Bodenstein
321 N. Clark St., Ste. 800

Chicago, IL 60654

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-32657-JBS
Century Door and Lock Company, Ltd.                                   Chapter 7
       Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0752-1           User: adragonet          Page 1 of 2           Date Rcvd: Aug 25, 2014
                               Form ID: pdf006          Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2014.
```
db             #Century Door and Lock Company, Ltd.,    1301 Landmeier Road,    Elk Grove Village, IL  60007-2411
aty            +Shaw Fishman,    Shaw Fishman Glantz & Towbin LLC,    321 N. Clark St.,,    Suite 800,
                 Chicago, IL 60654-4766
19325921       +A Lift Above,    699 Walnut, Unit B,    Elmhurst, IL 60126-1540
19325922       +Accurate Radiation Sheilding, Inc.,    206 Cleveland Street,    Cary Point Industrial Park,
                 Cary, IL 60013-2971
19325923       +Aire Spring, Inc.,    PO Box 7420,    Van Nuys, CA 91409-7420
19325924        American Credit System, Inc.,    400 W. Lake St., Ste. 111,    P.O. Box 72849,
                 Roselle, IL 60172-0849
19325925       +Amerigas,    Dept 0140,    Palatine, IL 60055-0001
19325926        Arnold & Branch,    361 Palm Court,    Wood Dale, IL 60191
19325927       +B. E. Atlas Company,    4300 N. Kilpatrick Avenue,    Chicago, IL 60641-1592
19325928       +Bermar Stripping,    7573 W. 175th Street,    Tinley Park, IL 60477-3703
19325929       +Bernie's Saw & Supply, Inc.,    1233 Circle Avenue,    Forest Park, IL 60130-2416
19325931       +Biehl & Biehl,    325 E. Fullerton Avenue,    Carol Stream, IL 60188-1865
19325930       +Biehl & Biehl,    PO Box 87410,    Carol Stream, IL 60188-7410
19325932       +Blue Book of Building & Constructio,    PO Box 500,    Jefferson Valley, NY 10535-0500
19325933       +Bob O'Connell,    445 Cottage Hill,    Elmhurst, IL 60126-3922
19325950       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Office Depot,      PO Box 689020,    Des Moines, IA 50368-9020)
19325934       +Caine & Weiner,    1699 E. Woodfield Road,    Schaumburg, IL 60173-4935
19325936       +Cumberland Service Center,    2375 Oakton Street,    Arlington Heights, IL 60005-4817
19325937       +Exxon Mobil,    PO Box 688938,    Des Moines, IA 50368-8938
19325938       +Frank J. Baker & Co., Ltd,    950 Lee Street,    Des Plaines, IL 60016-6556
19325939       +General Refrigeration,    18 Congress Circle West,    Roselle, IL 60172-3911
19325941       +Harris Bank,    3225 Kirchoff Road,    Rolling Meadows, IL 60008-1821
19325940        Harris Bank,    Bankruptcy Department,    PO Box 5037,    Rolling Meadows, IL 60008-5037
20059825       +Illinois Dept. of Employment Security,    33 S State St. 10th Flr Bankruptcy Unit,
                 Chicago, Illinois 60603-2808,    Attn. Amelia Yabes
19325944       +Karona, Inc.,    8246 Reliable Parkway,    Chicago, IL 60686-0082
19325945       +Lois F. Shaw, Trustee,    George B. Shaw Trust,    216 W Higgins Road,    Park Ridge, IL 60068-5706
19325946       +Miller Ace Industrial Center,    621 East Devon Avenue,    Elk Grove Village, IL 60007-6701
19325947        Mohawk/Masonite,    P.O. Box 934935,    Atlanta, GA 31193-4935
19325949       +North Town Mechanical Contract,    10450 W. 163rd Place,    Orland Park, IL 60467-5445
19325951       +Old Castle Building Envelope,    Old Castle Glass- Bensenville,    13686 Collections Center Dr,
                 Chicago, IL 60693-0136
19325952       +Oldcastle Glass Chicago,    13693 Collections Center Drive,    Chicago, IL 60693-0136
19325953      #+Orking Pest Control,    PO Box 1056,    Woodstock, IL 60098-1056
19325955       +Rayner & Rinn-Scott, Inc.,    PO Box 362,    Summit Argo, IL 60501-0362
19325957       +Schuham Builder's Supply, Co.,    4640 N. Elston Avenue,    Chicago, IL 60630-4229
19325958       +Strek-O-Doctors,    518 Birch Street,    PO Box 9,    Abbotsford, WI 54405-0009
19325959       +Teller, Levitt & Silvertrust, PC,    19 S LaSalle, Suite 701,    Chicago, IL 60603-6369
19325960       +Torstensen Glass Company,    3233 N. Sheffield Avenue,    Chicago, IL 60657-2271
19325961       +U.S. Lift,    PO Box 91976,    Elk Grove Village, IL 60009-1976
19325962       +U.S. Lift & Warehouse Equip.,    PO Box 91976,    Elk Grove Village, IL 60009-1976
19325963       +Veolia ES Solid Waste Midwest, Inc,    PO Box 6484,    Carol Stream, IL 60197-6484
19325964       +Village of Elk Grove,    901 Wellington,    Elk Grove Village, IL 60007-3400
19325965       +Vogt Top Co., Inc.,    122 W. Home Avenue,    Villa Park, IL 60181-2567
19325966       +Western Building Products,    Teller, Levit & Silvertrust, P.C.,
                 19 South LaSalle Street, Suite 701,    Chicago, IL 60603-6369
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19325935       +E-mail/Text: legalcollections@comed.com Aug 26 2014 01:03:42      Commonwealth Edison Company,
                 Bill Payment Center,    Chicago, IL 60668-0001
19676912        E-mail/Text: cio.bncmail@irs.gov Aug 26 2014 01:01:34
                 Department of Treasury-Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
19887133       +E-mail/Text: g17768@att.com Aug 26 2014 01:01:19      Illinois Bell Telephone Company,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A231,
                 Bedminster, NJ 07921-2693
19325943       +E-mail/Text: leticia.lopez@intertek.com Aug 26 2014 01:01:41
                 Intertek Testing Services N.A., Inc,    PO Box 405176,    Atlanta, GA 30384-5176
19732351       +E-mail/Text: mhuppert@masonite.com Aug 26 2014 01:03:28      Masonite Corporation,    Mike Huppert,
                 105 Industrial Park Drive,    Walkerton, IN 46574-1068
19325948       +E-mail/Text: bankrup@aglresources.com Aug 26 2014 01:01:04      Nicor,    PO Box 0632,
                 Aurora, IL 60507-0632
19325954       +E-mail/Text: bankruptcy@pb.com Aug 26 2014 01:03:44      Pitney Bowes,    PO Box 856390,
                 Louisville, KY 40285-6390
19325956       +E-mail/Text: debtrecoveryreliable@officemax.com Aug 26 2014 01:01:54       Reliable Office Supplies,
                 PO Box 105529,    Atlanta, GA 30348-5529
                                                                                              TOTAL: 8
```

```
District/off: 0752-1           User: adragonet              Page 2 of 2                  Date Rcvd: Aug 25, 2014
                               Form ID: pdf006              Total Noticed: 51
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19325942    ##+Indiana Insurance Company,   PO Box 145476,   Cincinnati, OH 45250-5476
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2014 at the address(es) listed below:
          David R Doyle   on behalf of Trustee Ira  Bodenstein ddoyle@shawfishman.com,
           kjanecki@shawfishman.com
          Ira  Bodenstein    on behalf of Accountant   Popowcer Katten  Ltd. iratrustee@shawfishman.com,
           IL29@ecfcbis.com;cowens@shawfishman.com
          Ira  Bodenstein    on behalf of Debtor   Century Door and Lock Company, Ltd.
           ibodenstein@shawfishman.com,  cowens@shawfishman.com
          Ira  Bodenstein    on behalf of Trustee Ira  Bodenstein iratrustee@shawfishman.com,
           IL29@ecfcbis.com;cowens@shawfishman.com
          Ira  Bodenstein    iratrustee@shawfishman.com,  IL29@ecfcbis.com;cowens@shawfishman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Xiaoming  Wu   on behalf of Debtor   Century Door and Lock Company, Ltd. notice@ledfordwu.com,
           courtnotice@ledfordwu.com;lwnotice@gmail.com
                                                                                             TOTAL: 7
```