# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: CENTURY DOOR AND LOCK COMPANY, LTD.    § Case No. 12-32657
                                              §
                                              §
Debtor(s)                                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $36,967.00                    Assets Exempt: $0.00
(without deducting any secured claims)

Total Distribution to Claimants: $15,914.62     Claims Discharged
                                                Without Payment: $362,707.64

Total Expenses of Administration: $42,976.68
```

3) Total gross receipts of $ 58,891.30 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $58,891.30 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 42,976.68 | 42,976.68 | 42,976.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 7,611.09 | 7,611.09 | 7,611.09 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 134,996.37 | 330,672.74 | 330,672.74 | 8,303.53 |
| **TOTAL DISBURSEMENTS** | $134,996.37 | $381,260.51 | $381,260.51 | $58,891.30 |

4) This case was originally filed under Chapter 7 on August 17, 2012. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/06/2015          By: /s/Ira Bodenstein
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account with Harris Bank | 1129-000 | 4,948.50 |
| Accounts receivable (approx. $25,596 is collecti | 1121-000 | 32,819.01 |
| 2000 Chevy 3500 Cargo Truck | 1129-000 | 1,350.00 |
| Equipment | 1129-000 | 11,217.75 |
| Inventory | 1129-000 | 3,380.04 |
| 2002 Chevy Suburban | 1129-000 | 2,500.00 |
| 2001 GMC Mmodel C-6500 Dock Truck | 1129-000 | 2,300.00 |
| Refund of account | 1290-000 | 72.59 |
| Final refund from Nicor Gas | 1290-000 | 303.41 |
| **TOTAL GROSS RECEIPTS** | | **$58,891.30** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|
| Ira Bodenstein | 2100-000 | N/A | 6,194.57 | 6,194.57 | 6,194.57 |
| Shaw Fishman Glantz & Towbin LLC | 3110-000 | N/A | 15,935.50 | 15,935.50 | 15,935.50 |
| Shaw Fishman Glantz & Towbin LLC | 3120-000 | N/A | 312.43 | 312.43 | 312.43 |
| Popowcer Katten, LTD | 3410-000 | N/A | 2,595.00 | 2,595.00 | 2,595.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Nicor Gas | 2420-000 | N/A | 26.52 | 26.52 | 26.52 |
| Trustee Insurance Agency | 2420-000 | N/A | 623.40 | 623.40 | 623.40 |
| ComEd | 2420-000 | N/A | 192.90 | 192.90 | 192.90 |
| Lois Shaw, Trustee of George B. Shaw Trust | 2410-000 | N/A | 15,000.00 | 15,000.00 | 15,000.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 74.91 | 74.91 | 74.91 |
| Nicor Gas | 2420-000 | N/A | 44.07 | 44.07 | 44.07 |
| Com Ed | 2420-000 | N/A | 213.66 | 213.66 | 213.66 |
| Al Kaplan Heating & Air Conditioning Co | 2420-000 | N/A | 265.00 | 265.00 | 265.00 |
| Rabobank, N.A. | 2600-000 | N/A | 30.89 | 30.89 | 30.89 |
| NICOR | 2420-000 | N/A | 492.23 | 492.23 | 492.23 |
| Village of Elk Grove | 2420-000 | N/A | 8.50 | 8.50 | 8.50 |
| Rabobank, N.A. | 2600-000 | N/A | 54.72 | 54.72 | 54.72 |
| International Sureties, Ltd | 2300-000 | N/A | 71.00 | 71.00 | 71.00 |
| Rabobank, N.A. | 2600-000 | N/A | 55.76 | 55.76 | 55.76 |
| Rabobank, N.A. | 2600-000 | N/A | 57.89 | 57.89 | 57.89 |
| Rabobank, N.A. | 2600-000 | N/A | 63.79 | 63.79 | 63.79 |
| Rabobank, N.A. | 2600-000 | N/A | 62.18 | 62.18 | 62.18 |
| Rabobank, N.A. | 2600-000 | N/A | 56.40 | 56.40 | 56.40 |
| Rabobank, N.A. | 2600-000 | N/A | 62.12 | 62.12 | 62.12 |
| Rabobank, N.A. | 2600-000 | N/A | 41.70 | 41.70 | 41.70 |
| Rabobank, N.A. | 2600-000 | N/A | 40.25 | 40.25 | 40.25 |
| Rabobank, N.A. | 2600-000 | N/A | 45.75 | 45.75 | 45.75 |
| Rabobank, N.A. | 2600-000 | N/A | 38.75 | 38.75 | 38.75 |
| Rabobank, N.A. | 2600-000 | N/A | 45.61 | 45.61 | 45.61 |
| Rabobank, N.A. | 2600-000 | N/A | 42.78 | 42.78 | 42.78 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|
| International Sureties, Ltd | 2300-000 | N/A | 40.00 | 40.00 | 40.00 |
| Rabobank, N.A. | 2600-000 | N/A | 38.54 | 38.54 | 38.54 |
| Rabobank, N.A. | 2600-000 | N/A | 39.85 | 39.85 | 39.85 |
| Rabobank, N.A. | 2600-000 | N/A | 43.91 | 43.91 | 43.91 |
| Rabobank, N.A. | 2600-000 | N/A | 41.10 | 41.10 | 41.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$42,976.68** | **$42,976.68** | **$42,976.68** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Department of Treasury-Internal Revenue | 5800-000 | N/A | 7,611.09 | 7,611.09 | 7,611.09 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$7,611.09** | **$7,611.09** | **$7,611.09** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Village of Elk Grove | 7100-000 | 0.00 | 40.70 | 40.70 | 1.03 |
| 2 | Western Building Products | 7100-000 | 11,395.03 | 10,233.15 | 10,233.15 | 257.41 |
| 3U | Department of Treasury-Internal Revenue | 7100-000 | N/A | 502.61 | 502.61 | 12.64 |
| 4 | Rayner & Rinn-Scott, Inc. | 7100-000 | 5,168.49 | 5,168.49 | 5,168.49 | 130.01 |
| 5 | Masonite Corporation | 7100-000 | 2,956.00 | 2,956.00 | 2,956.00 | 74.36 |
| 6 | Strek-O-Doctors | 7100-000 | 14,838.42 | 14,838.42 | 14,838.42 | 373.26 |
| 7 | Vogt Top Co., Inc. | 7100-000 | 265.00 | 265.00 | 265.00 | 6.67 |
| 8 | Bermar Stripping | 7100-000 | 3,835.00 | 3,995.00 | 3,995.00 | 100.49 |
| 9 | Frank J. Baker & Co., Ltd | 7100-000 | 11,200.00 | 10,700.00 | 10,700.00 | 269.16 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Lois F. Shaw, Trustee | 7100-000 | 45,000.00 | 280,800.00 | 280,800.00 | 7,063.49 |
| 11 | Illinois Bell Telephone Company c/o AT&T Services, | 7100-000 | N/A | 596.61 | 596.61 | 15.01 |
| 12P | Illinois Dept. of Employment Security | 7200-000 | N/A | 509.74 | 509.74 | 0.00 |
| 12U | Illinois Dept. of Employment Security | 7200-000 | N/A | 67.02 | 67.02 | 0.00 |
| NOTFILED | Nicor | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Office Depot | 7100-000 | 192.27 | N/A | N/A | 0.00 |
| NOTFILED | North Town Mechanical Contract | 7100-000 | 1,717.47 | N/A | N/A | 0.00 |
| NOTFILED | Caine & Weiner | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Indiana Insurance Company | 7100-000 | 9,650.75 | N/A | N/A | 0.00 |
| NOTFILED | Miller Ace Industrial Center | 7100-000 | 12.95 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Intertek Testing Services N.A., Inc | 7100-000 | 3,334.28 | N/A | N/A | 0.00 |
| NOTFILED | Old Castle Building Envelope Old Castle Glass- | 7100-000 | 575.17 | N/A | N/A | 0.00 |
| NOTFILED | Karona, Inc. | 7100-000 | 3,807.23 | N/A | N/A | 0.00 |
| NOTFILED | American Credit System, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Oldcastle Glass Chicago | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | U.S. Lift & Warehouse Equip. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Teller, Levitt & Silvertrust, PC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Veolia ES Solid Waste Midwest, Inc | 7100-000 | 1,194.48 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Lift | 7100-000 | 613.73 | N/A | N/A | 0.00 |
| NOTFILED | Schuham Builder's Supply, Co. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Torstensen Glass Company | 7100-000 | 480.44 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes | 7100-000 | 157.00 | N/A | N/A | 0.00 |
| NOTFILED | Reliable Office Supplies | 7100-000 | 248.22 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank Bankruptcy Department | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Orking Pest Control | 7100-000 | 186.21 | N/A | N/A | 0.00 |
| NOTFILED | Biehl & Biehl | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank Bankruptcy Department | 7100-000 | 9,792.33 | N/A | N/A | 0.00 |
| NOTFILED | Accurate Radiation Sheilding, Inc. | 7100-000 | 540.00 | N/A | N/A | 0.00 |
| NOTFILED | Aire Spring, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cumberland Service Center | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Edison Company Bill Payment Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | General Refrigeration | 7100-000 | 1,717.47 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil | 7100-000 | 2,510.34 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Bob O'Connell | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Biehl & Biehl | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Blue Book of Building & Constructio | 7100-000 | 1,843.20 | N/A | N/A | 0.00 |
| NOTFILED | Arnold & Branch | 7100-000 | 152.22 | N/A | N/A | 0.00 |
| NOTFILED | B. E. Atlas Company | 7100-000 | 241.81 | N/A | N/A | 0.00 |
| NOTFILED | Amerigas | 7100-000 | 267.86 | N/A | N/A | 0.00 |
| NOTFILED | Bernie's Saw & Supply, Inc. | 7100-000 | 28.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$134,996.37** | **$330,672.74** | **$330,672.74** | **$8,303.53** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-32657  
**Case Name:** CENTURY DOOR AND LOCK COMPANY, LTD.

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 08/17/12 (f)  
**§341(a) Meeting Date:** 10/16/12  

**Period Ending:** 01/06/15  
**Claims Bar Date:** 01/18/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account with Harris Bank | 4,948.50 | 4,948.50 | | 4,948.50 | FA |
| 2 | Accounts receivable (approx. $25,596 is collecti | 103,332.00 | 103,332.00 | | 32,819.01 | FA |
| 3 | 2011 Illinois income tax refund | 13,127.00 | 13,127.00 | | 0.00 | FA |
| 4 | 2010 Federal & Illinois income tax refund | 11,340.00 | 11,340.00 | | 0.00 | FA |
| 5 | 2000 Chevy 3500 Cargo Truck | 1,350.00 | 1,350.00 | | 1,350.00 | FA |
| 6 | Fork truck | 12,500.00 | 12,500.00 | | 0.00 | FA |
| 7 | Equipment | 6,000.00 | 6,000.00 | | 11,217.75 | FA |
| 8 | Inventory | 29,500.00 | 29,500.00 | | 3,380.04 | FA |
| 9 | 2002 Chevy Suburban | 2,500.00 | 2,500.00 | | 2,500.00 | FA |
| 10 | 2001 GMC Mmodel C-6500 Dock Truck | 2,300.00 | 2,300.00 | | 2,300.00 | FA |
| 11 | Refund of account (u) | 0.00 | 0.00 | | 72.59 | FA |
| 12 | Final refund from Nicor Gas (u) | 0.00 | 0.00 | | 303.41 | FA |
| 12 | Assets   Totals (Excluding unknown values) | **$186,897.50** | **$186,897.50** | | **$58,891.30** | **$0.00** |

**Major Activities Affecting Case Closing:**

Primary assets sold. Starting collection of account receivables.  
Account receivables collected  
Final return filed.  
Prompt determination letters received.  
Claims reviewed and amended claim filed for landlord.  
Prepare and file TFR

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013   **Current Projected Date Of Final Report (TFR):**   September 30, 2014

Printed: 01/06/2015 05:41 PM   V.13.20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-32657 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | CENTURY DOOR AND LOCK COMPANY, LTD. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******28-66 - Checking Account |
| Taxpayer ID #: | **-***6477 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/06/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/26/12 | | Century Door & Lock | Funds in Harris Bank as of petition date ($4948.50) plus accounts receivable deposited post-petition ($30,692.66) | | 35,641.16 | | 35,641.16 |
| | {1} | | Closed Harris Bank Account   4,948.50 | 1129-000 | | | 35,641.16 |
| | {2} | | Account Receivable deposited post-petition   30,692.66 | 1121-000 | | | 35,641.16 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 35,616.16 |
| 11/01/12 | {2} | Related Door Products | payment of pre-petition account receivable | 1121-000 | 1,345.50 | | 36,961.66 |
| 11/07/12 | 101 | Nicor Gas | Gas service 8/17/12-10/2/12 | 2420-000 | | 26.52 | 36,935.14 |
| 11/07/12 | 102 | Trustee Insurance Agency | Casualty Insurance Premium 11/712-01/07/12 | 2420-000 | | 623.40 | 36,311.74 |
| 11/26/12 | 103 | ComEd | Post-petition utility charge 9/28/12-10/29/12 Acct # 3666652001 | 2420-000 | | 192.90 | 36,118.84 |
| 11/28/12 | 104 | Lois Shaw, Trustee of George B. Shaw Trust | Post-petition rent per order 11/20/12 docket #17 | 2410-000 | | 15,000.00 | 21,118.84 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 74.91 | 21,043.93 |
| 12/03/12 | 105 | Nicor Gas | Gas charges for 1301 Landmeier 10/2-11/26/12 | 2420-000 | | 44.07 | 20,999.86 |
| 12/06/12 | {2} | T.D. Kurtz Glass Company | Account receivable | 1121-000 | 780.85 | | 21,780.71 |
| 12/11/12 | 106 | Com Ed | Electric Bill 1301 Landmeier 10/29-11/29/12 | 2420-000 | | 213.66 | 21,567.05 |
| 12/11/12 | 107 | Al Kaplan Heating & Air Conditioning Co | Turn on gas/check furnaces 1301 Landmeier | 2420-000 | | 265.00 | 21,302.05 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033012988 20121220 | 9999-000 | | 21,302.05 | 0.00 |
| | | | ACCOUNT TOTALS | | 37,767.51 | 37,767.51 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 21,302.05 | |
| | | | **Subtotal** | | 37,767.51 | 16,465.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $37,767.51 | $16,465.46 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-32657  
**Case Name:** CENTURY DOOR AND LOCK COMPANY, LTD.  
**Taxpayer ID #:** **-***6477  
**Period Ending:** 01/06/15

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 21,302.05 | | 21,302.05 |
| 12/27/12 | {9} | Frank Loos | Funds for purchase of 2002 Chevy Suburban | 1129-000 | 2,500.00 | | 23,802.05 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.89 | 23,771.16 |
| 01/10/13 | | Hoff Online Auctions | Net proceeds of auction sale per ct order entered 11/21/2012 (dkt 17) | | 18,247.79 | | 42,018.95 |
| | {5} | | | 1,350.00 | 1129-000 | | 42,018.95 |
| | {10} | | | 2,300.00 | 1129-000 | | 42,018.95 |
| | {7} | | | 11,217.75 | 1129-000 | | 42,018.95 |
| | {8} | | | 3,380.04 | 1129-000 | | 42,018.95 |
| 01/10/13 | 10108 | NICOR | Service from 11/26/2012-1/3/2013 | 2420-000 | | 492.23 | 41,526.72 |
| 01/25/13 | 10109 | Village of Elk Grove | Post - petition utility expense for water, final bill through 1/02/2013 | 2420-000 | | 8.50 | 41,518.22 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.72 | 41,463.50 |
| 02/12/13 | 10110 | International Sureties,Ltd | Percentage payment 2013 blanket bond | 2300-000 | | 71.00 | 41,392.50 |
| 02/15/13 | {12} | Nicor Gas | Final refund from deposit | 1290-000 | 303.41 | | 41,695.91 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.76 | 41,640.15 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.89 | 41,582.26 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.79 | 41,518.47 |
| 05/10/13 | {2} | Window Treatments, Inc | Collection per demand letter | 1129-000 | 556.80 | | 42,075.27 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.18 | 42,013.09 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.40 | 41,956.69 |
| 07/02/13 | {11} | Airespring, Inc | Refund of long distance account | 1290-000 | 72.59 | | 42,029.28 |
| 07/16/13 | 10111 {2} | Window Treatments, Inc | Refund of funds sent in error | 1129-000 | -556.80 | | 41,472.48 |
| 07/23/13 | 10112 | Shaw Fishman Glantz & Towbin LLC | Interim fees awarded 7/19/2013 | 3110-000 | | 12,225.50 | 29,246.98 |
| 07/23/13 | 10113 | Shaw Fishman Glantz & Towbin LLC | Interim expenses awarded 7/19/2013 | 3120-000 | | 188.22 | 29,058.76 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.12 | 28,996.64 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.70 | 28,954.94 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.25 | 28,914.69 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.75 | 28,868.94 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.75 | 28,830.19 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.61 | 28,784.58 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.78 | 28,741.80 |
| 02/04/14 | 10114 | International Sureties,Ltd | Percentage payment 2014 blanket bond | 2300-000 | | 40.00 | 28,701.80 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.54 | 28,663.26 |

Subtotals :  $42,425.84   $13,762.58

{} Asset reference(s)

Printed: 01/06/2015 05:41 PM    V.13.20

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-32657  
**Case Name:** CENTURY DOOR AND LOCK COMPANY, LTD.  
**Taxpayer ID #:** **-***6477  
**Period Ending:** 01/06/15  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.85 | 28,623.41 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.91 | 28,579.50 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.10 | 28,538.40 |
| 10/08/14 | 10115 | Popowcer Katten, LTD | Final fees application granted 10/7/14 | 3410-000 | | 2,595.00 | 25,943.40 |
| 10/08/14 | 10116 | Shaw Fishman Glantz & Towbin LLC | Final fees granted 10/7/14 | 3110-000 | | 3,710.00 | 22,233.40 |
| 10/08/14 | 10117 | Shaw Fishman Glantz & Towbin LLC | Final expenses granted 10/7/14 | 3120-000 | | 124.21 | 22,109.19 |
| 10/08/14 | 10118 | Ira Bodenstein | Fianl trustee compensation granted 10/7/2014 | 2100-000 | | 6,194.57 | 15,914.62 |
| 10/08/14 | 10119 | Department of Treasury-Internal Revenue Service | Priority claim distribution claim # 3P | 5800-000 | | 7,611.09 | 8,303.53 |
| 10/08/14 | 10120 | Village of Elk Grove | Final distribution claim # 1 | 7100-000 | | 1.03 | 8,302.50 |
| 10/08/14 | 10121 | Western Building Products | Ref # X2227 Final DistributionClaim #2 | 7100-000 | | 257.41 | 8,045.09 |
| 10/08/14 | 10122 | Department of Treasury-Internal Revenue Service | Fianl Distribution Claim # 3U | 7100-000 | | 12.64 | 8,032.45 |
| 10/08/14 | 10123 | Rayner & Rinn-Scott, Inc. | Ref # MULTIPLE ACCOUNTS Claim #4 Final distribution | 7100-000 | | 130.01 | 7,902.44 |
| 10/08/14 | 10124 | Masonite Corporation | Ref # MULTIPLE INVOICES Final Distribution Claim # 5 | 7100-000 | | 74.36 | 7,828.08 |
| 10/08/14 | 10125 | Strek-O-Doctors | Ref # MULTIPLE INVOICES Final Dsitribution Claim # 6 | 7100-000 | | 373.26 | 7,454.82 |
| 10/08/14 | 10126 | Vogt Top Co., Inc. | Ref # 7126 Final Distribution Claim # 7 | 7100-000 | | 6.67 | 7,448.15 |
| 10/08/14 | 10127 | Bermar Stripping | Ref # MULTIPLE INVOICES Final distribution claim # 8 | 7100-000 | | 100.49 | 7,347.66 |
| 10/08/14 | 10128 | Frank J. Baker & Co., Ltd | Final distribution claim # 9 | 7100-000 | | 269.16 | 7,078.50 |
| 10/08/14 | 10129 | Illinois Bell Telephone Company c/o AT&T Services, Inc. | Final distribution claim # 11 | 7100-000 | | 15.01 | 7,063.49 |
| 10/08/14 | 10130 | Lois F. Shaw, Trustee | Final distribution claim # 10 | 7100-000 | | 7,063.49 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 42,425.84 | 42,425.84 | $0.00 |
| | | | Less: Bank Transfers | | 21,302.05 | 0.00 | |
| | | | **Subtotal** | | 21,123.79 | 42,425.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,123.79** | **$42,425.84** | |

{} Asset reference(s)                                                                                                                    Printed: 01/06/2015 05:41 PM    V.13.20

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| **Case Number:** | 12-32657 | | **Trustee:** | Ira Bodenstein (330129) |
| **Case Name:** | CENTURY DOOR AND LOCK COMPANY, LTD. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******5566 - Checking Account |
| **Taxpayer ID #:** | **-***6477 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 01/06/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******28-66** | 37,767.51 | 16,465.46 | 0.00 |
| **Checking # ******5566** | 21,123.79 | 42,425.84 | 0.00 |
| | $58,891.30 | $58,891.30 | $0.00 |

{} Asset reference(s)                                                                                                         Printed: 01/06/2015 05:41 PM    V.13.20